## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRYSTAL ROSE GANNON, | Case No.: 2:21-cv-07907-PA-PD |
| Plaintiff, | District Judge: Hon. Percy Anderson |
| vs. | **JUDGMENT** |
| FCA US, LLC; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff KRYSTAL ROSE GANNON ("Plaintiff") accepted Defendants FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on August 2, 2022.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff pursuant to the terms of the Rule 68.

**IT IS SO ORDERED.**

Date: October 18, 2022

_____
Percy Anderson
United States District Judge

---

1

**[PROPOSED] JUDGMENT**